No. 16,777.

KISTLER *v.* REICH.
(252 P. [2d] 830)

Decided January 5, 1953.   Rehearing denied January 26, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. COLE & COLE, for plaintiff in error.

Mr. FRANK DELANEY, Mr. CHARLES F. STEWART, for defendant in error.